Document # CAP-001-2012    This is a Commercial Affidavit

Mr. Carel A Prater c/o.

BRENDA VICARIO
7915 WOODPOINTE CT.
SARASOTA FL. 34238

NOTARY ACCEPTOR

12 OCT -5 PM 2: 21

For County Recorders Use Only
TAMPA, FLORIDA

AFFIDAVIT
AFFIDAVIT OF INQUIRY MADE FOR THE RECORD, WITH SUPPORTING FACTS DEMANDING TO BE INFORMED AS TO WHICH OF THE THREE CONSTITUTIONAL PROVISIONS OF JURISDICTION THE COURT AND GOVERNMENT ACTED UNDER **IN AN ALLEGED** CRIMINAL PROSECUTION AGAINST AFFIANT.

OATH

I, Carel A. Prater, Sui juris, Jus Soli, do hereby attest under oath and penalty of perjury pursuant to the Common Law of America under the Constitution, my commercial liability, and any body of law that be proven to apply to me, that the facts, statements, claims and allegations set forth in this Affidavit are true and not meant to mislead; They are the truth, the whole truth and nothing but the truth, so help me God.

_Carel A. Prater_
Carel A. Prater, in propria persona, by Special appearance
All rights reserved, Without prejudice UCC 1-308 and 1-103

**SERVED UPON RESPONDENTS:**

| | | |
|---|---|---|
| Eric Holder | Dept Of Justice | United States Of America |
| Attorney General | 950 Pennsylvania AVE NW | 950 Pennsylvania AVE NW |
| 950 Pennsylvania AVE NW | Washington. DC 20530-0001 | Washington, DC 20530-0001 |
| U.S. Attorneys Office | United States | United States |
| Washington, DC 20530 | | |
| United States | | |

RE:   Case # 8:8-cr-425-T-23-TGW UNITED STATES OF AMERICA V. CAREL PRATER . **FOR THE RECORD. ATTENTION CLERK OF COURT**, upon receiving this document for the record it is a criminal Act per 18 USC §§ 2071 and 1001, to conceal, damage, omit, or remove this document from the record.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
A TITLE 28 USC § 89 ADMINISTRATIVE AGENCY TRIBUNAL MISREPRESENTED AS A COURT OF LAW

**AFFIDAVIT OF FACTS LEADING TO INQUIRY**

The immutable and predominant facts leading to this inquiry, (the answers to which will be used as discovery material for Affiants pending Habeas Corpus proceedings and other litigation); **Are that** the above named Respondents acting via a Title 28 U.S.C. § 89 Administrative Agency Tribunal lacking criminal subject matter jurisdiction and fraudulently misrepresented as a legitimate Court of Law delineated at '18 U.S.C. § 3231' possessing exclusive criminal jurisdiction. Executed against Affiant a purported Criminal action while engaged in Collusive joinder with a Third party THE UNITED STATES OF AMERICA, who lacked all standing under Article III, and is not the legitimate Federal government created under the American constitution.

**Therefore because the National Constitution** provides only Three [3] jurisdictional provisions of authority under which the Federal government and courts could have acted and proceeded against Affiant; **to wit, (1) Common Law, (2) Equity,** and **(3) Admiralty**, and Federal Common Law has not existed since, ERIE R.R. V. TOMPKINS 304 U.S. 64, and the Record in this case "omits", fails to show, establish or provide any proof of jurisdiction, see, HAGANS V. LAVINE 415 U.S. 533 ; Affiant demands to be informed under which constitutional provision of jurisdiction the respondents proceeded against him.

This is an inquiry with respect to critical material facts of this case, which the the concealment and fraudulent cover up of, have caused Affiant grievous harm, injury, loss and damages in excess of Forty Million Dollars. Moreover this inquiry is with respect to critical material facts which pursuant to 18 USC § 1001 and 1509 the respondents may be held criminally and civilly liable for concealing, covering up, failing to disclose, or making any false, fictitious or fraudulent representations with respect thereto; And which the respondents failure to directly and truthfully answer stands as evidence that they have acted knowingly and willfully unconstitutionally, criminally and in absence of all jurisdiction and authority in a falsely purported to be criminal action against affiant.

> " where jurisdiction is challenged it must be proven the law requires proof of jurisdiction to appear on the record of the Administrative Agency and all Administrative proceedings."
>
> HAGANS V. LAVINE 415 U.S. 533
>
> " All officers of the government from the highest to the lowest are creatures of the law and are bound to obey it."
>
> DAVIS V. PASSMAN 422 U.S. 228

Furthermore because by this Affidavit of inquiry Affiant is acting to exercise the right to Constitutional Due Process and operation of law in seeking these critical material facts to be used in the preparation of his Habeas Corpus proceedings and any other case or litigation which may arise, the respondents failure to provide this information evidences a willful deprivation of Due Process of Law and a criminal interference with the due exercise of constitutional rights. All in criminal violation of 18 USC §§ 241, 242, and § 1509 which guarantees civil remedy against the respondents if they fail to provide this information because such conduct constituting interference with Affiants due exercise of rights , a criminal offense, see 18 USC § 1509.(obstruction of justice).

wherefore the Respondents are legally and constitutionally obligated to provide the information sought by this Affidavit of inquiry (critical material facts), to wit; Under which of the Three Constitutional provisions of jurisdiction and authority did the respondents act in executing what they purported to be a criminal action against Affiant in this case , where Affiant had invoked and sought to exercise his constitutional rights and protections under Article III and the Fifth and Sixth Amendments to Judicial trial and Due rocess of Law, when demanding the right to jury trial in a purported criminal case against him. " Failure to deny is an admission of guilt" 28 USC § 8(d)

> " Silence can only be equated with fraud when there is a legal and moral duty to answer, where an inquiry left unanswered would be intentionally misleading." U.S. v. Tweel 550 F.2d 297
>
> ." Internal Agency regulations cannot legitimize the violation of Constitutional or statutory rights." UNIITED STATE V. MAROLF 173 F.3D 1213 (9th Cir 1999). " When a Judge knows he lacks jurisdiction, or acts in the face of clearly valid statutes [i.e. 18 USC § 3231] or case law expressly depriving him of jurisdiction, judicial immunity is lost". BRADLEY V. FISHER 80 U.S. 13 WALL @ 351.    " WHEN THE WANT OF JURISDICTION IS KNOWN TO THE JUDGE NO EXCUSE IS PERMISSIBLE." TURNER V. RAYNES 611 F.2D 95-96 (5th Cir 1980) 11th Cir precedent. " STUMP is consistent with the view that a clearly inordinate exercise of unconferred jurisdiction by a judge, one so crass as to establish that he embarked on it either knowingly or recklessly subjects him to personal liability". RANKIN V. HOWARD 633 F.2D 844 (1980). " When challenged those posing as government officers and Agents are required to prove whatever authority they claim in the absence of proof they may be held accountable for loss injury and damages". RYDER V. UNITED STATES 115 S.CT. 2031, 132 L.ED 2D 136, 515 U.S.177.

# NOTICE

NOTICE AND FAIR WARNING OF DEFAULT IN ACCORDANCE WITH UCC 1-201
NOTICE TO AGENT IS NOTICE TO PRINCIPAL/NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

This is a Publicly recorded document and the respondents are hereby provided notice that failure to respond hereto by compliance with the demands stated, or failure to rebut and contest the facts, statements, claims and allegations herein set forth by your

Document # CAP-001-2012

own counter Affidavit providing proof and evidence to the contrary, and made under **oath and penalty of perjury signed and sealed by a State Notary Public.** Your silence stands as your default and tacit acquiescence, agreement, admissions and consent to (and with) the facts, statements, claims, allegations and stipulations set forth in this Affidavit in its entirety, and agreement to accept and assume full fault and liability with respect thereto. **By default the respondents admit that they acted wholly unconstitutionally and in absence of all jurisdiction and authority and engaged in fraud to cover up the fact and lend an authoritative appearance to the action against affiant.** The Respondents are hereby provided Thirty Days in which to respond, or by failure to do so default.

## NOTARY PUBLIC

### JURAT

I, CAREL A. PRATER, do hereby attest under oath and penalty of perjury under the Common Law of America, My Commercial Liability and under any body of law which may be proven to apply to me that the facts, statements, claims and allegations presented in this Affidavit are true and complete and not meant to mislead. Wherefore I hereby certify that my testimony hereby provided is the truth, the whole truth and nothing but the truth so help me God.

_____

### ACKNOWLEDGEMENT

I, BRENDA VICARIO, am a duly commissioned Notary Public of the State of Florida, upon this date of, September, 28, 2012 the above undersigned party either, (1) personally known to me and by sufficient forms of identification [ ], or (2), by his authorized Agent bearing authoritative documentation and appropriate forms of identification [ ], manifest himself before me for the purpose of having me witness and officiate this document via my official signature and seal, wherefore I provide the following signature and seal;

*Brenda R Vicario*
Notary Public

State of Florida

County of Sarasota        ss:

BRENDA R. VICARIO
MY COMMISSION # EE 032175
EXPIRES: November 28, 2014
Bonded Thru Notary Public Underwriters

My Commission Expires   11/28/14

Affidavit of Inquiry.    Page 3 of 3 Plus Notarial Certificate of Service.