UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:08-cr-425-T-23TGW

CAREL A. PRATER
_____/

**ORDER**

Prater serves a three hundred thirty-six month sentence for one count of interfering with the administration of the internal revenue laws of the United States, one count of aiding or assisting in the filing of a false tax return, two counts of failing to file a tax return, four counts of criminal contempt, and three counts of making a false declaration before a grand jury. The circuit court of appeals affirmed the conviction and sentence on February 27, 2012 (Doc. 250). The Supreme Court of the United States denied (Doc. 254) the petition for a writ of certiorari.

Citing *United States v. Ornelas*, 2010 WL 4663385 (S.D. Ala. Nov. 9, 2010), a November 20, 2012, order (Doc. 269) struck Prater's UCC-related documents and instructed the Clerk to delete the images from the record.

Attached are Prater's most recent UCC-related documents, which Prater directed to Chambers and which Prater did not file with the Clerk:

> "Commercial Affidavit of Notice, Demand, and Claim, A True Bill Self Executing Security Agreement Commercial Demand for Full Assessment of

Debt and Production of the Instrument/Contract Obligating Affiant to Pay Any Such Debt to Any Corporate Entity, Pursuant to Uniform Commercial Code § 3-305 and as Required by Law"
("Respondents/Defendants: Steven D. Merryday, Thomas Wilson, Robert Monk, Michelle Peterson, Norm Meadows, Eric Holder, Dept. of Justice, United States of America, John Osa, U.S. Marshalls")

"Commercial Affidavit of Notice, Demand and Claim, A True Bill, Affidavit of Demand for Information With Supporting Facts Commanding That the Party Possessing Article III Standing be Identified and That the Nature and Character of Said Party Be Established, As No Well Plead Complaint Exists Establishing These Required Facts"
("Respondents/Defendants: Steven D. Merryday, Thomas Wilson, Robert Monk, Michelle Peterson, Norm Meadows, Eric Holder, Dept. of Justice, United States of America, John Osa, U.S. Marshalls")

"Publicly Recorded Commercial Affidavit of Notice and Claim, Notice of Nunc Pro Tunc Cancellation, Revocation and Rescinding of All Signatures and Pleas and All Presumed Consent, Agreement, or Power of Attorney Derived From Any Signature or Plea of Affiant As All Such Were Obtained by Fraud and Concealment of Material Fact"
("Respondents/Defendants: Steven D. Merryday, Thomas Wilson, Robert Monk, Michelle Peterson, Norm Meadows, Eric Holder, Dept. of Justice, United States of America, John Osa, U.S. Marshalls")

"Publicly Recorded Commercial Affidavit, Affidavit of Notice Demand and Claim, With Supporting Facts, Demanding to Be Informed Under Which Provision of Authority the Respondents Acted in Support of Their Claims"
("Respondents: Steven D. Merryday, Thomas Wilson, Robert Monk, Michelle Peterson, Norm Meadows, Eric Holder, Dept. of Justice, United States of America, John Osa, U.S. Marshalls")

For the reasons explained in *Ornelas*, the Clerk will neither docket nor otherwise retain these papers.

ORDERED in Tampa, Florida, on June 13, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE