UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.  8:08-cr-425-T-23TGW

CAREL A. PRATER
_____/

**ORDER**

On July 3, 2013, Prater files in this closed criminal action a "Notice Per UCC § 1-202." (Doc. 274)  The paper states, among other things, that Prater is "actively pursuing commercial action against [the district judge and the prosecutor of this closed criminal action] as a result of [their alleged] continued default and failure to negotiate a settlement with respect to the fraud and malfeasance [they] have been instrumental in executing against [Prater] . . . ."  For the reasons explained in *United States v. Ornelas*, 2010 WL 4663385 (S.D. Ala. Nov. 9, 2010), Prater's paper (Doc. 274) is **STRICKEN**, and the Clerk is instructed to delete the image from the record.

ORDERED in Tampa, Florida, on July 15, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE