UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-cr-425-T-23TGW

CAREL A. PRATER
_____/

**ORDER**

Prater serves a three hundred thirty-six month sentence for one count of interfering with the administration of the internal revenue laws of the United States, one count of aiding or assisting in the filing of a false tax return, two counts of failing to file a tax return, four counts of criminal contempt, and three counts of making a false declaration before a grand jury. The appellate court affirmed the conviction and sentence on February 27, 2012 (Doc. 250). The Supreme Court of the United States denied (Doc. 254) the petition for a writ of certiorari.

Prater filed previously or sent directly to chambers (in violation of the local rule) numerous UCC-related documents (a) alleging a monetary debt owed to Prater for false imprisonment and (b) demanding Prater's immediate release.

Once again Prater forwards to chambers (in violation of the local rule) a paper – received June 23, 2014 – titled "Final Notice of Default and Opportunity to Cure Per UCC §§ 1-202 and 8-105 Notice to Agent is Notice to Principal Notice to

Principal is Notice to Agent" directed to "Respondents/Defendants/Party(s) in Default . . . Steven Merryday." Prater again demands immediate release "from his false imprisonment" and states, among other things, that Prater finds the district judge "in default with respect to commercial affidavits," that the district judge is guilty of "criminal malfeasance," that Prater is owed a debt in excess of $40,000,000, and that failure to "negotiate a settlement in this matter" within ten days "will result in affiants executing the commercial procedures necessary against [the district judge] and your parent corporation to seize all assets and property in service of the debt owed to affiant/secured party."

For the reasons explained in *United States v. Ornelas*, 2010 WL 4663385 (S.D. Ala. Nov. 9, 2010), the Clerk will neither docket nor otherwise retain these papers.

ORDERED in Tampa, Florida, on June 24, 2014.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc:   United States Marshal